UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MCDUFF, | Case No. 23-11739 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| KRISTEN JONES, *et al.*, | Kimberly G. Altman |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S JUNE 25, 2024
<u>REPORT AND RECOMMENDATION (ECF No. 42)</u>**

Currently before the court is Magistrate Judge Kimberly G. Altman's June 25, 2024 Report and Recommendation. (ECF No. 42). Magistrate Judge Altman recommends denying Defendant Oaks' motion for summary judgment based on exhaustion of administrative remedies. (ECF Nos. 42, 14). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS**

the Magistrate Judge's Report and Recommendation (ECF No. 42) and **DENIES** the motion for summary judgment (ECF No. 14).

    **SO ORDERED**.

Date: July 22, 2024                                s/F. Kay Behm
                                                         F. Kay Behm
                                                         United States District Judge