UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MCDUFF, | Case No. 23-11739 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| KRISTEN JONES, *et al.*, | Kimberly G. Altman |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S JULY 22, 2025
REPORT AND RECOMMENDATION (ECF No. 104)**

Currently before the court is Magistrate Judge Kimberly G. Altman's July 22, 2024 Report and Recommendation. (ECF No. 104). Magistrate Judge Altman recommends granting Defendant Jones and Oaks' motion for summary judgment (ECF No. 73) and denying Plaintiff's motion to stay as moot (ECF No. 101). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149

(1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 104), **GRANTS** the motion for summary judgment (ECF No. 73), and **DENIES** the motion to stay as moot (ECF No. 101).  Defendants Jones and Oaks are **DISMISSED** from this matter.  This is not a final order and does not close the case.

    **SO ORDERED**.

Date: August 22, 2025              s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge