UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD MCDUFF,                                        Case No. 23-11739

       Plaintiff,                                     F. Kay Behm
v.                                                     United States District Judge

RICKEY COLEMAN,                                        Kimberly G. Altman
                                                       United States Magistrate Judge

       Defendant.
_____/

## OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 29, 2026 REPORT AND RECOMMENDATION (ECF No. 112)

Currently before the court is Magistrate Judge Kimberly G. Altman's January 29, 2026 Report and Recommendation.  (ECF No. 112).  Magistrate Judge Altman recommends granting Defendant Coleman's motion for summary judgment.  (ECF Nos. 112, 107).  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

2

Recommendation (ECF No. 112) and **GRANTS** Defendant Coleman's motion for summary judgment (ECF No. 107).  This is a final order and closes the case.

**SO ORDERED**.

Date: March 9, 2026                         s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge