UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD MCDUFF,                                    Case No. 23-11739

      Plaintiff,                                F. Kay Behm
v.                                                 United States District Judge

RICKEY COLEMAN,                                    Kimberly G. Altman
                                                   United States Magistrate Judge

      Defendant.
_____ /

## **JUDGMENT**

In accordance with the Opinion and Order issued on March 9, 2026, the

case is **DISMISSED**.

     **SO ORDERED**.

Date: March 9, 2026                          s/F. Kay Behm
                                             F. Kay Behm
                                             United States District Judge

1